UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ARROYO,<br><br>    Petitioner,<br><br>    v.<br><br>JOE A. LIZARRAGA, WARDEN,<br><br>    Respondent. | CASE NO. ED CV 14-153-MWF (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Report and Adopting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: October 21, 2014.

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\ARROYO, W 153\Judgment.wpd